IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) Civil Action No.: 19-cv-04312 |
| | ) |
| KARAVITES RESTAURANT 6676, LLC | ) Judge Robert W. Gettleman |
| d/b/a McDonald's | ) |
| | ) Magistrate Judge Jeffrey Cummings |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant KARAVITES RESTAURANT 6676, LLC, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| HOWARD COHAN | KARAVITES RESTAURANT 6676, LLC |
|---|---|
| By: /s/ *Marshall J. Burt* | By: /s/ *Brittany N. Bermudez* |
| Marshall J. Burt, Esq. | Mark F. Wolfe |
| The Burt Law Group, Ltd. | Brittany N. Bermudez |
| 77 W. Washington, Ste 1300 | Traub Lieberman |
| Chicago, IL 60602 | 303 W. Madison, Suite 1200 |
| 312-419-1999 | Chicago, IL 60606 |
| Marshall@mjburtlaw.com | (312) 332-3900 |
| | mwolfe@tlsslaw.com |
| | bbermudez@tlsslaw.com |