# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Howard Cohan

                        Plaintiff,

v.                                                Case No.: 1:19–cv–04312
                                                       Honorable Robert W. Gettleman

Karavites Restaurant 6676, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 29, 2019:

      MINUTE entry before the Honorable Robert W. Gettleman: On stipulation [19] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) this case is dismissed with prejudice, each party to bear their own costs, including attorneys' fees. Status hearing set for 10/30/2019 is stricken. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.